- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ELIZABETH A. BAZZICALUPO,

                Plaintiff,

  -vs-

NATIONWIDE INSURANCE COMPANY,

                Defendants.
_____

**FEDERAL RULES OF CIVIL PROCEDURE 7.1 STATEMENT**

Civil Action No.: 05-CV-05127
  Hon. Charles Brieant

       Pursuant to Fed. R. Civ. P. 7.1 to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY (a private, non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of NATIONWIDE MUTUAL FIRE INSURANCE COMPANY which are publicly held:

                          (See attached.)

DATED:  Buffalo, New York
           May 27, 2005

                               __s/Scott Storm_____
                               Scott D. Storm, Esq. (SS8649)

                               LAW OFFICE OF ROY A. MURA
                               *Attorneys for Defendant Nationwide Mutual Fire Insurance Company*
                               930 Rand Building
                               14 Lafayette Square
                               Buffalo, New York  14203
                               (716) 855-2800
                               Scott.Storm@muralaw.com

- 1 -

LAW OFFICE OF ROY A. MURA   930 RAND BUILDING   14 LAFAYETTE SQUARE   BUFFALO, NEW YORK  14203
(716) 855-2800   FAX (716) 855-2816

- 2 -

cc: Howard L. Sherman, Esq.
    Attorney for Plaintiff
    15 Croton Avenue
    Ossining, New York  10562
    (914) 941-4000

LAW OFFICE OF ROY A. MURA   930 RAND BUILDING   14 LAFAYETTE SQUARE   BUFFALO, NEW YORK  14203
(716) 855-2800   FAX (716) 855-2816

The following are corporate parents, affiliates and/or subsidiaries of NATIONWIDE MUTUAL FIRE INSURANCE COMPANY:

<u>NATIONWIDE INSURANCE</u>

    NATIONWIDE FINANCIAL
    NATIONWIDE LIFE INSURANCE COMPANY
    NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY
    NATIONWIDE ADVISORY SERVICES
    NATIONWIDE FINANCIAL INSTITUTIONS
    PUBLIC EMPLOYEES BENEFITS SERVICES CORP.
    NEA VALUE BUILDER INVESTOR SERVICES INC.

<u>NATIONWIDE MUTUAL INSURANCE CO.</u>

    NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY
    NATIONWIDE GENERAL INSURANCE COMPANY
    NATIONWIDE INSURANCE COMPANY
    COLONIAL INS. CO.
    FARMLAND INS. CO.
    SCOTTSDALE INS.
    TIG INSURANCE

<u>NATIONWIDE CORPORATION</u>

    NATIONWIDE FINANCIAL SERVICES (NFS)[PUBLICLY HELD]
    GATES McDONALD AND COMPANY

NECKURA

NATIONWIDE GLOBAL HOLDINGS

VANECK GLOBAL MUTUAL FUNDS

SHENYIN AND WANGUO

- 3 -

LAW OFFICE OF ROY A. MURA   930 RAND BUILDING   14 LAFAYETTE SQUARE   BUFFALO, NEW YORK  14203
(716) 855-2800   FAX (716) 855-2816